**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 1:24-CV-00798-DII |
| § | |
| SOUTHWEST KEY PROGRAMS, INC., § | |
| § | |
| Defendant. § | |

**APPENDIX**

| Exhibit | Dkt. No. | Description |
|---|---|---|
| A | 23-2 | Am. Compl., *Southwest Key Programs, Inc. v. City of Escondido*, No. 3:15-cv-01115 (S.D. Cal. filed Nov. 9, 2015) (referenced Dkt. 1 ¶ 21 and n.4). |
| B | 23-3 | Compl., *Southwest Key Programs, Inc. v. City of Houston*, No. 4:18-cv-03289 (S.D. Tex. filed Sept. 14, 2018) (referenced Dkt. 1 ¶ 28 and n.7). |
| C | 23-4 | Pl.'s Opp. Br., *Southwest Key Programs, Inc. v. City of Escondido*, No. 3:15-cv-01115 (S.D. Cal. filed Oct. 3, 2016) (referenced Dkt. 1 ¶ 28 and n.7). |
| D | 23-5 | Decl. of Marisela Saldana, *Southwest Key Programs, Inc. v. City of Houston*, No. 4:18-cv-03289 (S.D. Tex. filed Dec. 7, 2018) (referenced Dkt. 1 ¶ 28 and n.8). |
| E | 23-6 | Tr. of Oral Arg., *Southwest Key Programs, Inc. v. City of Escondido*, No. 3:15-cv-01115 (S.D. Cal. filed March 7, 2017). |
| F | 23-7 | Decl. of Joella Brooks, *Southwest Key Programs, Inc. v. National Union Fire Ins. Co. of Pittsburgh, PA*, No. 1:21-CV-01030 (W.D. Tex. filed June 8, 2023). |
| G | 23-8 | Statement of Interest of the United States, *Southwest Key Programs, Inc. v. City of Escondido*, No. 3:15-cv-01115 (S.D. Cal. filed Nov. 3, 2016) |
| H | 23-9 | Joint Motion to Dismiss, *Southwest Key Programs, Inc. v. City of Escondido*, No. 3:15-cv-01115 (S.D. Cal. filed July 13, 2017). |