# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | A-24-CV-798-DII |
| **SOUTHWEST KEY PROGRAMS, INC.,** | § | |
| Defendant. | § | |

## **ORDER**

Defendant moved to dismiss this case on September 23, 2024. Dkt. 22. Contrary to this court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's latest form on or before **December 20, 2024.**

SIGNED on December 6, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE