UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America,<br>　　*Plaintiff,*<br><br>v.<br><br>Southwest Key Programs, Inc.,<br>　　*Defendant.* | Case No. 1:24-cv-00798-ADA |

**ORDER**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a hearing on Defendant's motion to dismiss (Dkt. 22) via Zoom at **11:00 AM on March 14, 2025**.

SIGNED on February 28, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE