# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 1:24-CV-00798-ADA |
| | § |
| SOUTHWEST KEY PROGRAMS, INC., | § |
| | § |
| Defendant. | § |

## JOINT NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the United States and Southwest Key Programs, Inc., jointly, through undersigned counsel, decline to consent to trial before a United States Magistrate Judge.

Dated: March 3, 2025

Respectfully submitted,

MAC WARNER
Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice

CARRIE PAGNUCCO
Chief

*s/ Katie Legomsky*
TIMOTHY J. MORAN
Deputy Chief
KATIE LEGOMSKY (CA Bar No. 275571)
MARY ROSENBERG (IL Bar No. 6310037)
JENNA A. RADEN (DC Bar No. 1724701)
CALLIE BRUZZONE (DC Bar No. 5370504)
Trial Attorneys
Housing and Civil Enforcement Section

1

Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, D.C. 20530
Phone: (202) 598-6587
Fax: (202) 514-1116
Email: Kathryn.Legomsky@usdoj.gov
Mary.E.Rosenberg@usdoj.gov
Jenna.Raden@usdoj.gov
Callie.Bruzzone@usdoj.gov

*Attorneys for Plaintiff United States of America*

**WILLIAMS & CONNOLLY LLP**

By: *s/ Christopher N. Manning*
     Christopher N. Manning

Lisa S. Blatt (*pro hac vice*)
Christopher N. Manning (D.C. Bar No. 464049)
Tomas P. Castella (Tex. Bar No. 24095813)
680 Maine Avenue SW
Washington, DC 20024
Tel. (202) 434-5000
Fax (202) 434-5029
Email: LBlatt@wc.com
CManning@wc.com
TCastella@wc.com

*Attorneys for Defendant*

## CERTIFICATE OF CONFERENCE

I certify that on February 27-28, 2025, the Parties conferred and agreed to the terms of this Joint Notice Concerning Reference to United States Magistrate Judge.

                                            */s/ Katie Legomsky*
                                            Katie Legomsky
                                            Attorney for the United States