FILED
March 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**United States of America**
-vs-
**Southwest Key Programs, Inc.**

Case No. **1:24-CV-00798-ADA**

### ORDER

BE IT REMEMBERED on this the **3rd** day of **March**, 20**25**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Timothy J. Moran** ("Applicant"), counsel for **the United States** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **the United States** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **4th** day of **March** 20**25**.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE