**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:24-CV-00798-ADA |
| | § | |
| SOUTHWEST KEY PROGRAMS, INC., | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL**

The parties hereby stipulate to the dismissal with prejudice of the above captioned case

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) provides that "the

plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal

signed by all parties who have appeared." A stipulation of dismissal under Rule 41(a) is effective

when filed and does not require an order of the Court.  See *SmallBizPros Inc. v. McDonald*, 618

F.3d 458, 461 (5th Cir. 2010).

Dated: March 5, 2025                          Respectfully submitted,

WILLIAMS & CONNOLLY LLP            MAC WARNER
                                                          Deputy Assistant Attorney General
                                                          Civil Rights Division
                                                          United States Department of Justice

                                                          MICHAEL E. GATES
                                                          Deputy Assistant Attorney General
                                                          Civil Rights Division

                                                          CARRIE PAGNUCCO
                                                          Chief

By: *s/ Christopher N. Manning*            *s/ Timothy J. Moran*
        Christopher N. Manning                    TIMOTHY J. MORAN

Lisa S. Blatt (*pro hac vice*)
Christopher N. Manning (D.C. Bar No. 464049)
Tomas P. Castella (Tex. Bar No. 24095813)
680 Maine Avenue SW
Washington, DC 20024
Tel. (202) 434-5000
Fax (202) 434-5029
Email LBlatt@wc.com
CManning@wc.com
TCastella@wc.com

*Attorneys for Defendant*

Deputy Chief
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, D.C. 20530
Phone: (202) 532-5422
Fax: (202) 514-1116
Timothy.Moran@usdoj.gov

*Attorneys for Plaintiff United States of America*


## CERTIFICATE OF CONFERENCE

I certify that on March 3, 2025, the Parties conferred and agreed to the terms of this Joint Stipulation of Dismissal.

*s/ Timothy J. Moran*
Timothy J. Moran
Counsel for United States of America


## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case on the date of filing.

*s/ Timothy J. Moran*
Timothy J. Moran
Counsel for United States of America