UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America,<br>　　*Plaintiff*,<br><br>v.<br><br>Southwest Key Programs, Inc.,<br>　　*Defendant*. | §<br>§<br>§<br>§　Case No. 1:24-cv-00798-ADA<br>§<br>§<br>§ |

**ORDER**

On March 12, 2025, the parties submitted a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 46. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on March 12, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE